UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JEFFREY MICHAEL VUYTOWECZ,<br><br>                          Defendant. | Case No.: 17cr2687-JAH<br><br>**ORDER DENYING DEFENSE COUNSEL'S REQUEST TO MAINTAIN COPIES OF EXHIBITS O - W** |

During the proceedings in this case, the Defendant's subpoena for production of the personnel records of the arresting officer and fact witness, Kyle Klein, was challenged by the San Diego Sheriff's Department. After a hearing, the Court ordered the production of Deputy Klein's personnel records for in-camera review.

The personnel records were produced and filed under seal. Doc. Nos. 36-39. As a result of the in-camera review, the Court determined that some of the aforementioned personnel records were relevant and should be produced to the parties. The production of these documents was made subject to a Protective Order issued by this Court, (doc. no. 40), "for the purpose of investigating, preparing for motion hearings and/or trial and any appeals of the matter and for no other purpose". *Id.* at 1-2. The Order placed additional conditions and restrictions on the manner of use and dissemination of the documents, including the requirement that all copies of the produced documents shall be returned to this Court. *Id.*

After the conclusion of the case, and pursuant to the Protective Order, Defendant, through defense counsel, returned all copies possessed by the defense, including documents provided to his investigator, with the exception of one copy of Exhibits O - W. In defense counsel's *ex parte* communication to the Court dated June 14, 2019, defense counsel represented that one copy of Exhibits O - W was maintained by counsel to be a part of the "client's file". Counsel requested that she be permitted to maintain the subject copy "in keeping with her ethical duty to maintain the client's file and in the event something is resurrected from this case."

The Protective Order is clear with respect to the return of *all* copies of records from Deputy Klein's personnel files. The records have significant privacy interests. Therefore, IT IS HEREBY ORDERED Counsel's request to maintain a copy of Exhibits O - W, inclusive is **DENIED**. The records shall be returned to the Court FORTHWITH.

**IT IS SO ORDERED.**

DATED: January 7, 2020

_____
JOHN A. HOUSTON
United States District Judge